# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRYANT, and AMBRA C. BRYANT,<br><br>                Plaintiffs,<br><br>   v.<br><br>ALEC ENTERPRISES, INC.,<br><br>                Defendant.<br>_____/ | Case No. 1:16-cv-00140---SKO<br><br>**ORDER GRANTING PARTIES' STIPULATION TO AMEND THE COMPLAINT**<br><br>**ORDER THAT PLAINTIFF FILE A FIRST AMENDED COMPLAINT THAT CONFORMS TO THE STIPULATED AMENDMENT** |

On March 8, 2016, the parties filed a stipulation that Plaintiff be permitted to amend the complaint to substitute Charter Nex Films, Inc. in place of Doe 1, and to substitute American Plastic Company, Inc. in place of Doe 2.

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 15, IT IS HEREBY ORDERED that by no later than **March 18, 2016**, Plaintiffs shall file a First Amended Complaint substituting the above named parties in place of fictitious parties Doe 1 and Doe 2. *See* Local Rule 220 ("every pleading to which an amendment or supplement is permitted as a matter of

right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading").

IT IS SO ORDERED.

Dated:  **March 10, 2016**                    /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE