# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRYANT, and AMBRA C. BRYANT,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEC ENTERPRISES, INC.,<br><br>　　　　　　　　Defendant.<br>_____/ | Case No. 1:16-cv-00140---SKO<br><br>**ORDER STRIKING FILINGS AT DOCKET NOS. 18 AND 19**<br><br>**ORDER THAT PLAINTIFF FILE A FIRST AMENDED COMPLAINT THAT CONFORMS TO THE STIPULATED AMENDMENT** |

　　　　On March 8, 2016, the parties filed a stipulation that Plaintiff be permitted to amend the complaint to substitute Charter Nex Films, Inc. in place of Doe 1, and to substitute American Plastic Company, Inc. in place of Doe 2.  On March 10, 2016, the Court approved the parties' stipulation and ordered that by no later than March 18, 2016, Plaintiff file a First Amended Complaint that substituted the parties Plaintiff had identified in place of the fictitious parties Doe 1 and Doe 2 identified in the original complaint.  (Doc. 16.)

On March 14, 2016, Plaintiff filed two documents stating that the complaint was amended "by inserting such true name in place and [in]stead of such fictitious name wherever it appears in said Complaint." (Docs. 18, 19.) This amendment by reference to the original complaint is not sufficient under this Court's Local Rule 220, which provides in relevant part:

> [E]very pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading.

The documents Plaintiff filed in an attempt to amend the complaint by reference to the original complaint is insufficient as a procedural matter. Plaintiff's filings on March 14, 2016, are therefore STRICKEN. By no later than March 20, 2016, Plaintiff shall file a First Amended Complaint that incorporates the changes agreed to by the parties into one document without reference to the prior complaint − i.e., replacing the names of Doe 1 and Doe 2 with the identified parties at all pertinent places in the original complaint. The complaint will not be deemed amended until a First Amended Complaint is filed in compliance with Local Rule 220.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's filings at docket numbers 18 and 19 are STRICKEN; and
2. Plaintiff shall file a First Amended Complaint, complete within itself, by no later than March 20, 2016.

IT IS SO ORDERED.

Dated:   **March 15, 2016**            /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE