# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRYANT, and AMBRA C. BRYANT,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN PACKAGING CORPORATION, ALEC ENTERPRISES, INC., LOOS MACHINE & AUTOMATION, INC., CHARTER NEX FILMS, INC., AMERICAN PLASTIC COMPANY, INC., and DOES 3 to 100, inclusive<br><br>　　　　　　　　Defendants.<br>_____/ | Case No. 1:16-cv-00140-AWI-SKO<br><br>**ORDER PERMITTING THE FILING OF A SECOND AMENDED COMPLAINT** |

On March 10, 2016, the Court granted the parties' stipulation under Fed. R. Civ. P. 15 for Plaintiffs to file a First Amended Complaint adding Charter Nex Films, Inc., and American Plastic Company, Inc. as defendants. (Doc. 17.)   Plaintiffs filed the First Amended Complaint on March 18, 2016. (Doc. 21.)

During a meet and confer process as a precondition to filing a motion to dismiss pursuant to Fed. R. Civ. P. 12 concerning the allegations contained in the First Amended Complaint,

1 Plaintiffs' counsel apparently determined that assertions made by defense counsel were
2 "meritorious" and chose to file a Second Amended Complaint.  (Doc. 34, 2:2-9.)  The Second
3 Amended Complaint was filed on April 27, 2016, without the opposing party's written consent on
4 file or the leave of court.  (Doc. 33.)  The next day, on April 28, 2016, Plaintiffs filed a stipulation
5 pursuant to Fed. R. Civ. P. 15(a)(2) signed by all opposing parties to permit the filing of the
6 Second Amended Complaint.  (Doc. 34.)

7     Fed. R. Civ. P. 15(a)(2) provides that "a party may amend its pleading with the opposing
8 party's written consent or the court's leave."  Here, Plaintiffs filed the Second Amended
9 Complaint prior to filing a stipulation signed by all opposing parties and without leave of court.
10 Nevertheless, in view of the parties' stipulation now on file, as well as Rule 15(a)(2)'s instruction
11 that "[t]he court should freely give leave when justice so requires," the Court finds that Plaintiffs
12 are entitled to amend their complaint.

13     IT IS HEREBY ORDERED   that Plaintiffs' Second Amended Complaint (Doc. 34.) is
14 deemed filed as of April 27, 2016.

15
16 IT IS SO ORDERED.

17 Dated:   **April 29, 2016**                              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

2